I'm going to provide you with a brief record of where the judges and jury members of the two subjects stand in favor of this case. This is an important part of the motion. The subjects are standing in favor of the case. The judge says that there's this point that there's a case that's of disaffection with the attorney and the case of whether or not a customer is fighting in favor of the case. The judge says that there's some facts that were either known or heard in the jury that the attorney fought in favor of the case. In this case, it's sort of seen within the field of law university. It comes in five cases. I'm going to send the jury members over to you. Judge, I'd like to talk about whether the claim is determined that it's done at the age of newly discovered facts as opposed to a jury that would just court the sentence for a alleged crime. It is, Your Honor. We do not have that information. And what is the name of the name? The name is that the attorney objected that we should authorize the trustee to pursue these errors and to change the clause of the agreement. And it was court-ordained. Isn't that a new theory? It's already claimed, George. It's already claimed. It's already claimed that there was, in fact, a consequence. Judge, I'd like to turn it over to the jury members. Your Honor, I'm sorry to interrupt you. I just want to point out that, again, the claim is under my authority. And so I do not expect any part of my understanding. It's the jury's authority to pursue those consequences. There was a consequence.  It's a consequence. Judge, you're right. It was a consequence. Okay. And the fraud was discovered in 2006. Is that right? Yes, it is. And the trustee's case was filed in December 31st, 2006. And the time that it was filed in December 1st was in August of that same year, 2006. Okay. The second thing I'd like to ask is, you know, maybe you can speak to the high-quality suits in the city court. Is that correct? Yes, Your Honor. The state law makes it clear that there's a violation. The first part of the claim is out of my opinion, because of the forgery they were offering. The other side of it is, I mean, we can talk about this a little bit more later. And if I'm not mistaken, you know, the judge's question is, you know, in the case, in the community, the community is criticized. One of the judge's issues, however, was the, you know, we have to get to the truth. We're not getting there. And then, as I understand it, the, the, the judge also went to the county recording office and saw the suits before, and said, you know, it's, it's, it's actually a crime. Okay. And so, like, looking at it, that would, that would, quite intelligently, it means the state is, is,  has,   separated separated separated separated separated separated separated separated separation separation separated separation  separation separation  separation separation separation separation separation separation separation separation total separation total separation total separation total separation total separation total separation total separation total separation total separation total separation total separation If you go to the portal, you need something that is more streamlined  You need standards You need standards that are that are with with  the tools or the or the or the the tools the tools but but but but But That's That's That's That's      That's  That's Maybe Maybe or Or or or or What Or The
judges: McKeown, Graber, Peterson